# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FANTACONE, LESLIE A.           §   Case No. 14-80959
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
__STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 11/24/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 10/30/2014     By:    /s/ STEPHEN G. BALSLEY
                                                Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FANTACONE, LESLIE A.   § Case No. 14-80959
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,100.00 |
| *and approved disbursements of* | $ 54.18 |
| *leaving a balance on hand of* [1] | $ 7,045.82 |
| **Balance on hand:** | $ 7,045.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,045.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,460.00 | 0.00 | 1,460.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,445.50 | 0.00 | 1,445.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,905.50 |
| Remaining balance: | $ 4,140.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,140.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,140.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,254.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc. | 28,858.49 | 0.00 | 1,803.39 |
| 2 | American Education Services | 10,266.10 | 0.00 | 641.53 |
| 3 | American Education Services | 18,073.58 | 0.00 | 1,129.43 |
| 4 | PYOD, LLC its successors and assigns as assignee | 9,056.81 | 0.00 | 565.97 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,140.32 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Leslie A. Fantacone  
    Debtor

Case No. 14-80959-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: cshabez    Page 1 of 1    Date Rcvd: Oct 31, 2014  
Form ID: pdf006    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2014.

```
db            +Leslie A. Fantacone,    204 Clear Sky Trail,    Lake in the Hills, IL 60156-4845
21710895       American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
22168786      +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
21710896      +Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
21710897      +Chase,    P.O. Box 9001020,    Louisville, KY 40290-1020
21710898       Chase Bank,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
21710900       Merrill Lynch Wealth Management,    Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235
22061889       Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
21710901       Sears Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21710899      +E-mail/PDF: pa_dc_ed@navient.com Nov 01 2014 01:38:02      Dept of Education/Sallie Mae,
                 P.O. Box 9635,    Wilkes Barre, PA 18773-9635
22211802      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2014 01:40:43
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 2
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                                            Signature:   /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2014 at the address(es) listed below:

```
              Lester A Ottenheimer, III    on behalf of Debtor Leslie A. Fantacone lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
                                                                                             TOTAL: 4
```